**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| ARCHIE COOK, JR., Individually and on behalf of the wrongful death beneficiaries of Shirley I. Cook,<br><br>    Plaintiffs,<br><br>v.<br><br>SUN HEALTHCARE GROUP, INC., SUNBRIDGE HEALTHCARE, LLC, SUNBRIDGE OF HARRIMAN, LLC, d/b/a RENAISSANCE TERRACE CARE, and REHABILITATION CENTER,<br><br>    Defendants. | No. 3:12-CV-641<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for remand filed by plaintiff. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion to remand is hereby **GRANTED,** and this action is **REMANDED** to the Circuit Court for Roane County, Tennessee.

Dated at Knoxville, Tennessee, this _____ day of July, 2013.

                                            **ENTER:**

                                                      s/ Thomas W. Phillips
                                                      United States District Judge