

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK

**FILED**
JUL 26 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

July 9, 2013

Debra C. Poplin
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

JOHN MEDEARIS
Chief Deputy Clerk

(865) 545-4228

Roane County Circuit Court
Kim Nelson, Clerk
P.O. Box 73
Kingston, TN 37763

RE: Cook et al. v. Sun Healthcare Group et al.; 3:12-cv-641

To Whom It May Concern:

The above styled case has been remanded to you pursuant to an Order of this Court signed by United States District Judge Thomas W. Phillips on July 9, 2013. Enclosed please find a certified copy of the Final Order remanding this case and also a certified copy of the entire docket sheet. Please date stamp the enclosed copy of this letter and return it in the envelope provided.

Sincerely,

Debra C. Poplin, Clerk

BY: s/A. Foster
    Deputy Clerk
/abf
Enclosures

Filed July 19, 2013
KIM R NELSON   Time 2:40
By  Jan Hook   D.C.

Case 3:12-cv-00641-TWP-CCS   Document 23   Filed 07/26/13   Page 1 of 2   PageID #: 306



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

CLERK US DISTRICT COURT
800 MARKET ST STE 130
KNOXVILLE TN 37902-9907

RECEIVED
JUL 26 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES